An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN RE: DISCIPLINE OF JONATHAN R. PATTERSON, BAR NO. 9644.

No. 59745

FILED

FEB 22 2013

## ORDER APPROVING CONDITIONAL GUILTY PLEA AGREEMENT AND SUSPENSION FROM THE PRACTICE OF LAW

This matter involves an automatic review of a Southern Nevada Disciplinary Board hearing panel's recommendation to approve attorney Jonathan R. Patterson's conditional guilty plea in exchange for a stated form of discipline pursuant to SCR 113. Under the plea agreement, Patterson admits to violating RPC 8.4(b) (misconduct). This violation stems from Patterson's criminal guilty plea to a gross misdemeanor.[1]

The agreed-upon discipline provides that Patterson (1) be suspended from the practice of law for two years, retroactive to November 15, 2010; (2) continue to attend group therapy sessions at Red Rock Psychological Services until successful completion of the program; (3) continue to participate in individual therapy sessions until and unless the provider indicates, in writing, that Patterson no longer requires therapy; (4) continue to participate in Sex Addicts Anonymous during the term of his suspension; (5) submit a copy of a psychosexual evaluation performed by a medical provider, previously approved by bar counsel, dated within 30 days of any petition for reinstatement; and (6) pay the actual costs of

---

[1]Patterson was temporarily suspended under SCR 111 on November 15, 2010. In re: Discipline of Patterson, Docket No. 56939 (Order of Temporary Suspension, November 15, 2010).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-05631

the disciplinary proceedings within 30 days of receipt of billing from the State Bar. The disciplinary panel, after hearing testimony regarding this matter, unanimously approved the conditional guilty plea agreement and agreed-upon discipline.

Having reviewed the record, we conclude that the plea agreement should be approved. See SCR 113(1).

It is so ORDERED.

_____, C.J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Saitta

cc: Glenn M Machado, Assistant Bar Counsel
Jeffrey R. Albregts, Chair, Southern Nevada Disciplinary Board
Kimberly K. Farmer, Executive Director, State Bar of Nevada
Jonathan R. Patterson
Perry Thompson, Admissions Office, United States Supreme Court